1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL KEILEN LINVILLE, JR.,          No.  2:18-cv-2135-KJN

12                  Plaintiff,

13        v.                               ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY
15
                     Defendant.
16

17

18          On August 3, 2018, plaintiff commenced this social security action and requested leave to

19   proceed *in forma pauperis*.  (ECF Nos. 1, 2.)

20          The filing fee to commence a civil case is presently $400.00.  Plaintiff's financial

21   declaration indicates that he has a net monthly income of $1,400.00; regular monthly expenses of

22   $675.00; and no debts or other financial obligations.  (ECF No. 2.)  Thus, after plaintiff's listed

23   expenses are deducted from his net income, plaintiff has approximately $725.00 remaining every

24   month.  As such, the court finds that plaintiff does not qualify for a waiver of the $400.00 filing

25   fee.

26          Nevertheless, the court is also cognizant that plaintiff has a relatively low income, and that

27   a one-time $400 payment may represent a significant strain on his monthly budget.  Therefore,

28   the court finds it appropriate to instead require monthly payments of $50.00 until the $400.00

filing fee is paid in full, on the schedule outlined below.  Once plaintiff's first payment is made, the court will direct service of the complaint on defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.

2. Plaintiff shall pay the filing fee of $400.00 on an installment schedule, with $50.00 payments to the Clerk of Court due on the following deadlines: August 31, 2018; September 28, 2018; October 31, 2018; November 30, 2018; December 28, 2018; January 31, 2019; February 28, 2019; and March 29, 2019.

3. Once the first installment payment is made, the court will direct service of the complaint on defendant.

4. Failure to timely pay the amounts due may result in dismissal of the action.

Dated:  August 6, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2