Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   rcweems@weemslawoffices.com

Attorneys for Plaintiff,
   DANIEL KELLEN LINVILLE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| DANIEL KELLEN LINVILLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-02135-MCE-KJN <br><br> STIPULATION AND ORDER MODIFYING SCHEDULING ORDER |

The parties hereby stipulate and agree this date of June 17, 2019, subject to the Court's approval and order, that there is good cause to and that the scheduling order, ECF No. 5, be modified to extend the parties' filing deadlines with Plaintiff's time to file a motion for summary judgment and/or remand be extended 14 days from <u>June 14, 2019</u> to <u>June 28, 2019</u>, with all other deadlines likewise extended. This is Plaintiff's <u>first</u> extension of time.

There is good cause to extend time and modify the Scheduling Order, ECF No. 5. Due to the size of the administrative record, ECF No. 13, which exceeds 1,100 pages, counsel has been unable with diligence, including early assignment of record review and drafting tasks to associated counsel, to meet professional standards in the development and presentation of issues without prejudice to Plaintiff on complete review the administrative record within the Scheduling Order's non-case-specific deadlines.

| WEEMS LAW OFFICES | MCGREGOR W. SCOTT, <br> U.S. Attorney <br> DEBORAH LEE STACHEL, <br>    Regional Chief Counsel, Region IX, |
|---|---|

| /s/Robert C. Weems | By: | Soc. Sec. Admin.<br>BEATRICE H. NA,<br>Special Assistant U.S. Attorney<br><br>/s/ Beatrice H. Na |
|---|---|---|
| Robert C. Weems,<br>Attorney for Plaintiff | | BEATRICE H. NA, Sp. Assist. U.S. Attorney<br>Attorneys for Defendant |

**SO ORDERED.**

Dated: June 17, 2019

_[signature]_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

linv.2135