Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  rcweems@weemslawoffices.com

Attorneys for Plaintiff,
  DANIEL KELLEN LINVILLE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| DANIEL KELLEN LINVILLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:18-cv-02135-MCE-KJN <br><br> STIPULATION AND ORDER TO EXTEND TIME FILED BY DANIEL KELLEN LINVILLE, JR. |

The parties hereby stipulate and agree this date of July 1, 2019, subject to the Court's approval and order, to a second extension of time for plaintiff to file his motion for summary judgment for an additional three weeks from <u>June 28, 2019</u> to <u>July 19, 2019</u>, with all other deadlines likewise extended. This is Plaintiff's <u>second</u> extension of time.

There is good cause to extend time and modify the Scheduling Order, ECF No. 5, based on the representation by plaintiff's counsel that due to the size of the administrative record, ECF No. 13 (over 1,100 pages) and number of errors counsel believes exist and require discussion, the motion for summary judgment cannot be submitted without prejudice to plaintiff within the time estimate of the original extension despite diligence (over 80 hours has been devoted to this action between May 20 and June 27).

Plaintiff's counsel believes that revisions to the motion should not exceed an additional 10 hours of professional time, however, three weeks is required to account for potential delays and disruptions

as plaintiff's counsel is relocating his office from Fairfax to San Rafael and scheduling conflicts.

| WEEMS LAW OFFICES | | MCGREGOR W. SCOTT,<br>U.S. Attorney<br>DEBORAH LEE STACHEL,<br>Regional Chief Counsel, Region IX,<br>Soc. Sec. Admin.<br>S. WYETH McADAM,<br>Special Assistant U.S. Attorney |
|---|---|---|
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: | *S. Wyeth McAdam*<br>S. WYETH McADAM,<br>Sp. Assist. U.S. Attorney<br>Attorneys for Defendant |

SO ORDERED.

Dated: July 1, 2019

Kendall J. Newman

U.S. Magistrate Judge