McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DANIEL KEILEN LINVILLE, JR., | Case No.: 2:18-cv-02135-MCE-KJN |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant.[1] | |

      IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty-two (32) days to file her Opposition to Plaintiff's Opening Brief. The current due date is October 18, 2019. The new date will be November 19, 2019. All other deadlines will extend according to the Court's Scheduling Order dated December 10, 2018, Docket no. 5.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. & Order for Ext., 2:18-cv-02135-MCE-KJN

Defense counsel needs an extension of time because she needs more time to complete review and analysis of the 1,000 plus page record, consider the issues in Plaintiff's 57-page brief, determine whether options exist for settlement, accommodate competing workload demands (including nine other District Court briefs due this month), draft the response, and go through the necessary in-house reviews. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court, Plaintiff and Plaintiff's counsel for any inconvenience this delay may cause.

This is Defendant's second request for an extension.

Respectfully submitted,

Dated: October 17, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ S. Wyeth McAdam
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant

/s/ Robert Weems
ROBERT WEEMS
Weems Law Offices
Attorneys for Plaintiff

(*As authorized via e-mail on October 16, 2019)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE November 19, 2019.

Dated: October 22, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext., 2:18-cv-02135-MCE-KJN