UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEILEN LINVILLE, JR., | No. 2:18-cv-2135-MCE–KJN |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 9, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. ECF No. 26. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are ADOPTED in full;

1

2. The Commissioner's motion for summary judgment (ECF No. 24) is DENIED;

3. Plaintiff's motion for summary judgment (ECF No. 19) is GRANTED;

4. This matter is REMANDED for further administrative proceedings; and

5. The Clerk is directed to enter judgment in Plaintiff's favor and close the case.

IT IS SO ORDERED.

DATED: February 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE