McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL KEILEN LINVILLE, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02135-MCE-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND ORDER** |

    Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 30 days, up to and including July 20, 2020, in which to file and serve his response to Plaintiff's Motion for Attorney Fees under the EAJA. Plaintiff shall have 15 days, up to and including August 4, 2020, to file and serve his optional reply.

    In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to

SSA facilities for health and safety only and moving rapidly toward a virtual work environment. Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.

Counsel for Defendant, as well as all the support staff in that office, works in the State of California, where the governor has ordered all residents to stay home, effective March 19, 2020, until further notice. This order has led to reduced onsite staffing in Offices of the United States Attorney. Defendant's counsel coordinates closely with the United States Attorney's Office and relies on that office for certain types of administrative support. Moreover, the Governor's order and the decision of the Commissioner to implement full-time telework throughout the country has led to unanticipated strains on internet connectivity for SSA employees.

1. School Closures and Childcare Impacts

Counsel for Defendant has two young children who are at home during the day until further notice, necessitating certain childcare activities that have prevented counsel from working a consistent full-time schedule. This summer it is uncertain if it would be safe for the children to attend day care or summer camps, if they reopen, because of the public health crisis. Our family has underlying conditions making us particularly concerned about following proper safety guidelines during the pandemic. As a result, counsel for Defendant is not able to meet the current briefing schedule for this case. Similar impacts on attorneys throughout the office have reduced the office's ability to meet the briefing schedule by reassigning the case.

In addition, Defendant's counsel taking a long planned family vacation in July for ten days.

For all these reasons, Defendant requires an extension of 30 days to file his response to Plaintiff's attorney fee motion. This is Defendant's first request for an extension to respond to Plaintiff's fee motion.

Respectfully submitted,

Dated: June 16, 2020      McGREGOR W. SCOTT
                          United States Attorney
                          DEBORAH LEE STACHEL

Stip. & Order for Ext., 2:18-cv-02135-MCE-KJN

```
                              Regional Chief Counsel, Region IX
                              Office of General Counsel
                              Social Security Administration

                       By: /s/ S. Wyeth McAdam
                              S. WYETH McADAM
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              /s/ Robert Weems*
                              ROBERT WEEMS
                              Weems Law Offices
                              Attorney for Plaintiff
                              (*As authorized via e-mail on June 16, 2020)
```

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HIS RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES ON OR BEFORE JULY 20, 2020. PLAINTIFF'S OPTIONAL REPY IS DUE ON OR BEFORE AUGUST 4, 2020.

Dated:  June 18, 2020

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

linv.2135