McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM, CSBN 223876
      Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 268-5610
      Facsimile: (415) 744-0134
      E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL KEILEN LINVILLE, JR.,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:18-cv-02135-MCE-KJN<br><br>STIPULATION AND ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

     IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of EIGHT THOUSAND FIVE HUNDRED dollars ($8,500). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the

1

Def.'s Opp. To Pl.'s Opening Brief, Linville, 2:18-cv-02135-MCE-KJN

EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.


Dated:  July 21, 2020                                    Respectfully submitted,

                                                                        MCGREGOR W. SCOTT
                                                                        United States Attorney
                                                                        DEBORAH LEE STACHEL
                                                                        Regional Chief Counsel, Region IX
                                                                        Social Security Administration


                                                             By      /s/ S. *Wyeth McAdam*
                                                                        S. WYETH McADAM
                                                                        Special Assistant U.S. Attorney

                                                                        Attorneys for Defendant


                                                             By:     /s/ *Robert Weems**
                                                                        Robert Weems
                                                                        Weems Law Offices
                                                                        (Authorized via email on July 21, 2020)
                                                                        Attorneys for Plaintiff



                                                    **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  July 22, 2020


                                                        KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

Linv.2135

2

Def.'s Opp. To Pl.'s Opening Brief, Linville, 2:18-cv-02135-MCE-KJN